IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT CURRY,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., *et al.*,<br><br>    *Defendants*. | CIVIL ACTION<br>NO. 17-2331 |

## <u>ORDER</u>

**AND NOW**, this 30th day of August, 2017, after consideration of UPS's Motion to Dismiss and for Sanctions, (ECF No. 20), Local 623's Motion for Sanctions (ECF No. 22), and Curry's Response, (ECF No. 25), it is **ORDERED** that:

1. UPS and Local 623 **SHALL FILE** on or before **September 14, 2017** fee petitions detailing their costs, expenses and attorneys' fees incurred *because of* Curry's filing of the Amended Complaint, (ECF No. 16).

2. Mr. Weisberg may file on or before **September 21, 2017** a response to Defendants' fee petitions.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.