# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT CURRY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED PARCEL SERVICE, INC.,<br>TEAMSTERS LOCAL 623,<br><br>　　　　　　Defendants. | Civil Action No. 2:17-cv-02331-GJP |

**DECLARATION OF GARY M. TOCCI IN SUPPORT OF DEFENDANT UNITED PARCEL SERVICE, INC.'S PETITION FOR ATTORNEYS' FEES AND COSTS**

Pursuant to 28 U.S.C. § 1746, I, Gary M. Tocci, Esq., of full age, hereby certify and declare as follows:

1. I make this Declaration on Defendant United Parcel Service, Inc.'s ("UPS") behalf and in support of its Petition for Attorneys' Fees and Costs ("Petition") against Attorney Weisberg. I make this Declaration without waiver of the attorney-client privilege, work product privilege, or any other applicable privilege.

2. I am licensed to practice before the Supreme Court of Pennsylvania and am admitted to the Eastern District of Pennsylvania. I am in good standing in both courts.

3. I am a partner of the law firm Reed Smith LLP, a member of our firm's Labor & Employment Group, and counsel for UPS. I graduated from Temple University School of Law in 1987.

4. As the partner responsible for handling this matter, I have been the primary attorney working on the case and have first-hand knowledge of the facts set forth in this Declaration.

5. Since the inception of this case, Reed Smith has performed valuable services on behalf of UPS.

6. Reed Smith is not seeking all fees incurred in connection with preparing this Petition. We also have not requested reimbursement for certain time spent on this matter by me and others, as we deemed appropriate under the circumstances.

7. For this case, Reed Smith and UPS agreed to a blended hourly rate of $320.00 for all timekeepers.

8. As detailed in UPS's Itemization of Attorneys' Fees ("Itemization"), UPS is seeking $19,651.60 in attorneys' fees and costs because of Plaintiff's filing the Amended Complaint.

9. UPS's Itemization includes a breakdown of: (a) the nature of the services rendered, (b) the date of the services rendered, (c) the identity of the individual rendering the service (partner, associate, or other timekeeper), (d) the time spent per task for each of the services, (e) the billing rate applied to the timekeeper at the time the task was performed, and (f) the invoice upon which the services were charged to UPS.

10. The Itemization is substantially similar to the invoices supplied to UPS following Plaintiff's filing of the Amended Complaint and was prepared for the Court's ease of reference.

11. To the extent the Itemization differs from the narrative descriptions of the services as contained in our firm's invoices, those differences are due to removing content protected by the attorney-client and attorney work product privileges or descriptions of services relating to fees that are not sought for the purposes of this Petition.

12. Reed Smith has retained copies of all of its referenced invoices reflected in the Itemization, and will, upon request, submit the same, unredacted, for *in camera* review by the Court.

13. In addition to myself, the following timekeepers performed services for which we seek reimbursement:

(a) Molly Q. Campbell, Esq. ("Ms. Campbell") is a Senior Associate in Reed Smith's Complex Litigation Group, who devotes a portion of her practice to defending employers in traditional labor matters. Ms. Campbell graduated from the University of Pittsburgh School of Law in 2011.

(b) Kristen M. Ashe, Esq. ("Ms. Ashe") is a Junior Associate in Reed Smith's Complex Litigation Group and provided support for certain research tasks and motion preparation tasks. Ms. Ashe graduated from the Villanova University School of Law in 2016.

14. Based on my experience as a labor attorney within the Philadelphia area, I can certify that Reed Smith's rates for this matter are more than reasonable relative to the typical billing rates within the Philadelphia community based on our experience and area of expertise.

15. As a result, I understand that Reed Smith's requested blended hourly rate of $320.00 is very reasonable within the Philadelphia community.

16. All of UPS's invoices from Reed Smith are regularly paid. The first invoice that included work for responding to Plaintiff's Amended Complaint (No. 2948133) was paid on August 28, 2017. An additional invoice was sent on September 8, 2017 (No. 2957046), for which we expect timely payment in the normal course of business.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 14, 2017.

>	*/s/ Gary M. Tocci*
>	Gary M. Tocci

# EXHIBIT B

| Date | Description | Amount |
|---|---|---|
| | Duplication/Printing/Scanning: 27 pages at $0.10 per page | $2.70 |
| | Duplication/Printing/Scanning: 9 pages at $0.10 per page | $0.90 |
| | | $3.60 |