UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT CURRY,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>UNITED PARCEL SERVICE, INC.,<br>TEAMSTERS LOCAL 623,<br><br>　　　　　　Defendants. | Civil Action No. 2:17-cv-02331-GJP |

**ORDER**

AND NOW, this ____ day of _____, 2017, upon consideration of Defendant United Parcel Service, Inc.'s ("UPS") Petition for Attorneys' Fees and Costs, it is hereby ORDERED that the Petition is GRANTED.  It is further ordered that Plaintiff's counsel shall hereby reimburse UPS in the total gross amount of $19,651.60 for reasonable attorneys' fees and costs.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　J.