UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT CURRY,

        Plaintiff,

  v.

UNITED PARCEL SERVICE, INC.,
TEAMSTERS LOCAL 623,

        Defendants.

Civil Action No. 2:17-cv-02331-GJP

### DEFENDANT UNITED PARCEL SERVICE INC.'S REPLY TO PLAINTIFF'S OPPOSITION AND IN FURTHER SUPPORT OF ITS <u>PETITION FOR ATTORNEYS' FEES AND COSTS</u>

 

*/s/ Gary M. Tocci*
Gary M. Tocci, Esq.
Molly Q. Campbell, Esq.
Reed Smith LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
P: (215) 851-8100

*Counsel for Defendant*
*United Parcel Service, Inc.*

September 20, 2017

Because Plaintiff's Opposition misstates various legal principles, misapplies the law, and is generally filled with misleading legal argument, Defendant United Parcel Service, Inc. ("UPS"), respectfully submits this Reply Brief in response to Plaintiff's Omnibus Response ("Opposition") to UPS's Petition for Attorney's Fees and Costs ("Petition").

## I. LEGAL ARGUMENT

### A. UPS Timely Filed Its Petition For Attorneys' Fees And Costs

Pursuant to the Court's August 30, 2017 Order, UPS timely filed its Petition for Attorneys' Fees and Costs on September 14, 2017. (Doc. Nos. 37, 38). UPS's initial filing inadvertently omitted its Itemization of Attorneys' Fees ("Itemization"), but a corrected copy was submitted and replaced by the ECF clerk the morning of September 15th. Plaintiff's counsel has not suggested that he suffered any prejudice from this unintended omission, nor could he. Not only did Plaintiff's counsel receive all the necessary information on September 14, 2017, (*see* Email from Reed Smith to Plaintiff's Counsel forwarding the Itemization, attached hereto as **Exhibit 1**), but he also filed his opposition three days before the Court ordered deadline of September 21, 2017.

### B. There Is Appropriate Documentation To Support UPS's Counsel's Billing Rates

UPS's Petition for Attorneys' Fees and Costs included the requisite information and affidavits, and complied with the rules. Contrary to Plaintiff's position that a third party affidavit is required to establish reasonableness (see Doc. No. 40 at 4), this Court has granted fee petitions based solely on the lead counsel's affidavit. *See, e.g.*, *Zeffiro v. First Pa. Bank, N.A.*, 574 F. Supp. 443, 445 (E.D. Pa. 1983). Regardless, as described in Plaintiff's cited case law, "[t]his burden [of establishing attorneys' billing rates] is normally addressed by affidavits prepared by the prevailing party's attorneys and other attorneys in the relevant legal community." *Walker v.*

*Gruver*, Nos. 1:11–CV–1223, 1:11–CV–1224, 2013 WL 5947623, at *3 (M.D. Pa. Nov. 5, 2013). Here, UPS provided the declaration of its lead counsel, Gary Tocci – the prevailing party's attorney – and Teamsters Local 623 provided the prevailing rates within the relevant legal community. (Doc. No. 39 at 11).

"The fee schedule established by Community Legal Services, Inc. ("CLS") has been approvingly cited by the Third Circuit as being well developed and has been found by [the Eastern District of Pennsylvania] to be a fair reflection of the prevailing market rates in Philadelphia." *Maldonado v. Houston*, 256 F.3d 181, 187 (3d Cir. 2001) (alteration in original); *see also Berg Chilling Sys., Inc. v. Hull Corp.*, No. 00-5075, 2005 WL 67081, at *3 (E.D. Pa. Jan. 11, 2005) ("Courts in this District frequently look to the Community Legal Services, Inc.'s fee schedule ("CLS fee schedule") as a fair reflection of prevailing market rates."). Therefore, UPS has met its burden of establishing that its counsel's billing rates are reasonable.

### C. Plaintiff's Counsel Does Not Specifically Challenge The Reasonableness Of UPS's Rates, Hours, Or Overall Attorneys' Fees And Costs[1]

Within the Third Circuit, once the moving party has produced adequate documentation of its attorneys' fees request, "[t]he burden then shifts to the party opposing the fee application to produce affidavits or other submissions that create an issue as to the reasonableness of the requested hourly rate." *Disciullo v. D'Ambrosio Dodge, Inc.*, No. 06-1775, 2008 WL 4287319, at *2 (E.D. Pa. Sept. 16, 2008). A party responding to an attorneys' fee petition must oppose the petition "by affidavit or brief with *sufficient specificity* to give fee applicants notice" of its

---

[1] Pursuant to the Court's August 30, 2017 Order, UPS apportioned its fees and appropriately only sought reimbursement for those attorneys' fees and costs "because of Curry's filing of the Amended Complaint, (ECF No. 16)." (Doc. No. 37). UPS's arguments and supporting documentation as to why UPS's counsel's rates and hours are reasonable are thoroughly addressed in its Petition and UPS hereby incorporates these arguments as if fully set forth herein. (Doc. No. 38). UPS respectfully defers to the Court to determine attorneys' fees and cost that are reasonable under the circumstances.

objections. *Rode v. Dellarciprete*, 892 F.2d 1177, 1183 (3d Cir. 1990) (emphasis added). The Third Circuit further instructs:

> [T]he adverse party's submissions cannot merely allege in general terms that the time spent was excessive. In order to be sufficient, the briefs or answers challenging the fee request must be clear in two respects. First, they must generally identify the type of work being challenged, and second, they must specifically state the adverse party's grounds for contending that the hours claimed in that area are unreasonable. The briefs must be specific and clear enough that the fee applicants have a fair chance to respond and defend their request.

*Bell v. United Princeton Props., Inc.*, 884 F.2d 713, 720 (3d Cir. 1989) (footnote omitted).

Plaintiff's opposition does not specifically challenge the reasonableness of the rates, hours, or overall attorneys' fees and costs detailed at length in UPS's Petition. Instead, he makes broad statements that the fees were not "causally attendant to the sanctioned conduct and/or are duplicative, excessive and not reasonable and necessary" because there were "[c]lient and opposing counsel communications" and entries included descriptions like "[e]diting, strategizing, revisions, and preparations." (Doc. No. 40 at 7). Third Circuit law is clear, that "the district court may not award less in fees than requested unless the opposing party makes specific objections to the fee request." *See United States v. Eleven Vehicles, Their Equip. & Accessories*, 200 F.3d 203, 211 (3d Cir. 2000).

## II. **CONCLUSION**

For the reasons set forth above, as well as those set forth in UPS's Petition for Attorneys' Fees and Costs, UPS respectfully requests that this Court grant its Petition and enter an Order awarding its attorneys' fees and costs in its favor.

                    Respectfully submitted,

                    */s/ Gary M. Tocci*
                    Gary M. Tocci, Esq.
                    Molly Q. Campbell, Esq.

Dated: September 20, 2017

Reed Smith LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
P: (215) 241-7953

*Counsel for Defendant*
*United Parcel Service, Inc.*

# EXHIBIT 1

**Ashe, Kristen M.**
___

| | |
|---|---|
| **From:** | Ashe, Kristen M. |
| **Sent:** | Thursday, September 14, 2017 10:01 PM |
| **To:** | 'mweisberg@weisberglawoffices.com' |
| **Cc:** | Tocci, Gary M.; Campbell, Molly Q. |
| **Subject:** | FW: Activity in Case 2:17-cv-02331-GJP CURRY v. UNITED PARCEL SERVICE, INC et al Motion for Attorney Fees |
| **Attachments:** | Curry Fee Petition_Itemization of Attorneys' Fees.pdf |

Matthew,

Please see the attached Itemization of Attorneys' Fees, which was inadvertently omitted from UPS's Petition for Attorneys' Fees and Costs filed this afternoon. We will amend our filing tomorrow.

Best,
Kristen

**Kristen Ashe**
215.851.8255
kashe@reedsmith.com
**Reed** **Smith** LLP
___

**From:** Matthew B. Weisberg, Esq. <mweisberg@weisberglawoffices.com>
**Sent:** Thursday, September 14, 2017 5:18 PM
**To:** Tocci, Gary M.
**Subject:** Fwd: Activity in Case 2:17-cv-02331-GJP CURRY v. UNITED PARCEL SERVICE, INC et al Motion for Attorney Fees

I don't see your itemization referenced below appended?
---------- Forwarded message ----------
From: <ecf_paed@paed.uscourts.gov>
Date: Thu, Sep 14, 2017 at 4:45 PM
Subject: Activity in Case 2:17-cv-02331-GJP CURRY v. UNITED PARCEL SERVICE, INC et al Motion for Attorney Fees
To: paedmail@paed.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**Eastern District of Pennsylvania**

# Notice of Electronic Filing

The following transaction was entered by TOCCI, GARY on 9/14/2017 at 4:45 PM EDT and filed on 9/14/2017
**Case Name:** CURRY v. UNITED PARCEL SERVICE, INC et al
**Case Number:** [2:17-cv-02331-GJP](#)
**Filer:** UNITED PARCEL SERVICE, INC
**WARNING: CASE CLOSED on 08/30/2017**
**Document Number:** [38](#)

**Docket Text:**
**MOTION for Attorney Fees filed by UNITED PARCEL SERVICE, INC.Memorandum, Declaration and Certificate of Service. (Attachments: # (1) Memorandum, # (2) Exhibit A and B, # (3) Text of Proposed Order)(TOCCI, GARY)**

**2:17-cv-02331-GJP Notice has been electronically mailed to:**

GARY M. TOCCI &nbsp &nbsp [gtocci@reedsmith.com](mailto:gtocci@reedsmith.com), [drzepela@reedsmith.com](mailto:drzepela@reedsmith.com), [eselfridge@reedsmith.com](mailto:eselfridge@reedsmith.com), [gary-tocci-9695@ecf.pacerpro.com](mailto:gary-tocci-9695@ecf.pacerpro.com), [reed-smith-2312@ecf.pacerpro.com](mailto:reed-smith-2312@ecf.pacerpro.com)

LISA LESHINSKI &nbsp &nbsp [lleshinski@freedmanlorry.com](mailto:lleshinski@freedmanlorry.com), [kgiordano@freedmanlorry.com](mailto:kgiordano@freedmanlorry.com)

MATTHEW B. WEISBERG &nbsp &nbsp [mweisberg@weisberglawoffices.com](mailto:mweisberg@weisberglawoffices.com)

MOLLY QUINN CAMPBELL &nbsp &nbsp [mqcampbell@reedsmith.com](mailto:mqcampbell@reedsmith.com), [beth-selfridge-4248@ecf.pacerpro.com](mailto:beth-selfridge-4248@ecf.pacerpro.com), [eselfridge@reedsmith.com](mailto:eselfridge@reedsmith.com)

NEAL GOLDSTEIN &nbsp &nbsp [ngoldstein@freedmanlorry.com](mailto:ngoldstein@freedmanlorry.com), [kgiordano@freedmanlorry.com](mailto:kgiordano@freedmanlorry.com), [mmcgrath@freedmanlorry.com](mailto:mmcgrath@freedmanlorry.com)

**2:17-cv-02331-GJP Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=9/14/2017] [FileNumber=15051945-0] [47b8fa54915bb7c3243c2db555c67eba7c9756e9830309013d213ad6974e67fea9efb304471d7ae2d8bc7452fb805a5588ef41239b5b099726f7d61795c46401]]
**Document description:** Memorandum
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=9/14/2017] [FileNumber=15051945-1] [989f1a5eecf69664b9487246015e04b2c3ceaa3f3050c3055a1b81b1554fb5cbe5557ab429e8f7315b4e0401f7b35fb94538c878bb0ecd299ca91abb41e19e1a]]
**Document description:** Exhibit A and B
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=9/14/2017] [FileNumber=15051945-

2] [70a30ebbb719c8bda5c937035648df7f7dfdfae16359cc2ec06ae1a1f53c71b0c7
d9822e586f2712a050914afbf38f76fbd03236b3d52ae5e839c3a429f71219]]
**Document description:**Text of Proposed Order
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1001600548 [Date=9/14/2017] [FileNumber=15051945-
3] [468beab3a68925cc16f4faf91a8c2a580859e81addd9b8f14aab80ed7d7bfd9f2e
dbbf270567d84e3be4269f5c30ac3138dd4072503daa63297ff759aa577e6b]]


--


    "*Murum aries attigit*"

  Business and Estate Disputes;
  Civil Rights & Employment/Labor Litigation;
  Foreclosure Defense/Real Estate;
  Consumer Rights and Class Actions;
  Disciplinary/Professional Licensure Defense; and
  Legal Malpractice.

+Kindly send all attachments via Hard-Copy (we cannot read attachments via blackberry)

Matthew B. Weisberg, Esq.

**Weisberg Law**
7 S. Morton Ave.
Morton, PA 19070
W:  610-690-0801
C:  215-370-7500
F:  610-690-0880
www.weisberglawoffices.com

<span style="color:red">YOUR REFERRALS ARE OUR BEST COMPLIMENTS!!!</span>

**** E-MAIL CONFIDENTIALITY NOTE ****
The information contained in this electronic message may contain attorney-client privileged and confidential information. If you are not the intended recipient of this e-mail message you are hereby notified that any disclosure, dissemination, distribution, or copying of this communication is strictly prohibited.
If you have received this transmission in error, please notify the sender by return e-mail; and by telephone at 610-690-0801.
****NOTICE OF NO LEGAL ADVICE NOR REPRESENTATION****
This e-mail is an attempt to quickly respond to your inquiry.  Nothing in this e-mail is intended to be construed as legal advice nor the commencement or agreement towards representation. Representation will not commence until your receipt of a written (i.e., hard-copy) fee agreement.  A formal legal opinion will only be issued in writing (i.e., hard-copy).



# Itemization of Attorneys' Fees

| TK Name | TK Title | Invoice # | Work Date | Hours Billed | Rate | Fees Billed | Time Narrative |
|---|---|---|---|---|---|---|---|
| Tocci, Gary M. | Partner | 2948133 | 7/3/2017 | 0.50 | $320.00 | $160.00 | Review and analyze Plaintiff's Amended Complaint and issue research instructions. |
| Tocci, Gary M. | Partner | 2948133 | 7/5/2017 | 0.70 | $320.00 | $224.00 | Review and analyze newly filed 73-paragraph Amended Complaint. |
| Campbell, Molly Q. | Sr. Associate | 2948133 | 7/5/2017 | 0.60 | $320.00 | $192.00 | Strategize UPS's response to Plaintiff's Amended Complaint. |
| Campbell, Molly Q. | Sr. Associate | 2948133 | 7/5/2017 | 1.20 | $320.00 | $384.00 | Review and analyze Plaintiff's Amended Complaint and any issues concerning case strategy and motion to dismiss arguments. |
| Ashe, Kristen M. | Jr. Associate | 2948133 | 7/5/2017 | 0.70 | $320.00 | $224.00 | Research and analyze Third Circuit case law on viability of moving for sanctions against Plaintiff's counsel and summarize same. |
| Tocci, Gary M. | Partner | 2948133 | 7/5/2017 | 0.60 | $320.00 | $192.00 | Teleconference with M. Campbell and K. Ashe to discuss strategy for addressing Plaintiff's Amended Complaint and issue research instructions to K. Ashe. |
| Tocci, Gary M. | Partner | 2948133 | 7/5/2017 | 1.20 | $320.00 | $384.00 | Strategize UPS's response to Amended Complaint in light of Plaintiff's outstanding Motion to Remand. |
| Campbell, Molly Q. | Sr. Associate | 2948133 | 7/6/2017 | 0.50 | $320.00 | $160.00 | Communications with counsel for co-defendant. |
| Campbell, Molly Q. | Sr. Associate | 2948133 | 7/6/2017 | 1.20 | $320.00 | $384.00 | Review and analyze Local 623's opposition to Plaintiff's Motion to Remand for possible additions to UPS's Motion to Dismiss the Amended Complaint. |
| Campbell, Molly Q. | Sr. Associate | 2948133 | 7/6/2017 | 0.40 | $320.00 | $128.00 | Review and analyze Plaintiff's Second Amended Complaint. |
| Ashe, Kristen M. | Jr. Associate | 2948133 | 7/6/2017 | 2.20 | $320.00 | $704.00 | Research and analyze Third Circuit case law on viability of sanctions against Plaintiff's counsel and summarize same. |
| Tocci, Gary M. | Partner | 2948133 | 7/6/2017 | 0.40 | $320.00 | $128.00 | Analyze factual allegations in Amended Complaint, specifically regarding Atlantic area panel hearing. |
| Tocci, Gary M. | Partner | 2948133 | 7/6/2017 | 0.80 | $320.00 | $256.00 | Analyze factual and legal allegations in Amended Complaint and compare to original Complaint. |
| Ashe, Kristen M. | Jr. Associate | 2948133 | 7/7/2017 | 1.60 | $320.00 | $512.00 | Research and analyze Third Circuit case law interpreting the award of sanctions pursuant to 28 U.S.C. 1927 and Local Rule 83.6.1 |
| Ashe, Kristen M. | Jr. Associate | 2948133 | 7/8/2017 | 0.30 | $320.00 | $96.00 | Research and analyze Third Circuit case law interpreting the award of sanctions pursuant to 28 U.S.C. 1927 and Local Rule 83.6.1 |
| Ashe, Kristen M. | Jr. Associate | 2948133 | 7/9/2017 | 0.90 | $320.00 | $288.00 | Prepare and draft UPS's Motion to Dismiss Amended Complaint. |
| Ashe, Kristen M. | Jr. Associate | 2948133 | 7/10/2017 | 1.30 | $320.00 | $416.00 | Prepare and draft UPS's Motion to Dismiss Amended Complaint. |
| Campbell, Molly Q. | Sr. Associate | 2948133 | 7/10/2017 | 0.70 | $320.00 | $224.00 | Communications with counsel for co-defendant. |
| Ashe, Kristen M. | Jr. Associate | 2948133 | 7/12/2017 | 4.50 | $320.00 | $1,440.00 | Edit and revise UPS's Motion to Dismiss Amended Complaint. |
| Ashe, Kristen M. | Jr. Associate | 2948133 | 7/13/2017 | 0.60 | $320.00 | $192.00 | Edit and revise UPS's Motion to Dismiss Amended Complaint. |
| Campbell, Molly Q. | Sr. Associate | 2948133 | 7/13/2017 | 1.20 | $320.00 | $384.00 | Edit and revise UPS's Motion to Dismiss Amended Complaint. |
| Ashe, Kristen M. | Jr. Associate | 2948133 | 7/17/2017 | 0.80 | $320.00 | $256.00 | Edit and revise UPS's Motion to Dismiss Amended Complaint. |
| Campbell, Molly Q. | Sr. Associate | 2948133 | 7/18/2017 | 0.10 | $320.00 | $32.00 | Communications with client. |
| Campbell, Molly Q. | Sr. Associate | 2948133 | 7/18/2017 | 1.30 | $320.00 | $416.00 | Review Local 623's Motion to Dismiss the Amended Complaint. |
| Campbell, Molly Q. | Sr. Associate | 2948133 | 7/19/2017 | 0.80 | $320.00 | $256.00 | Review Local 623's Motion for Sanctions Against Plaintiff's Counsel. |
| Tocci, Gary M. | Partner | 2948133 | 7/20/2017 | 0.70 | $320.00 | $224.00 | Address issues regarding Local 623's Motion to Dismiss filings. |
| Tocci, Gary M. | Partner | 2948133 | 7/26/2017 | 0.20 | $320.00 | $64.00 | Strategize UPS's Reply Brief in support of Motion to Dismiss Amended Complaint and issue instructions. |
| Campbell, Molly Q. | Sr. Associate | 2948133 | 7/26/2017 | 0.40 | $320.00 | $128.00 | Communications with counsel for co-defendant. |

| TK Name | TK Title | Invoice # | Work Date | Hours Billed | Rate | Fees Billed | Time Narrative |
|---|---|---|---|---|---|---|---|
| Campbell, Molly Q. | Sr. Associate | 2948133 | 7/27/2017 | 0.90 | $320.00 | $288.00 | Review and analyze plaintiff's opposition to motion to dismiss and motion for sanctions. |
| Tocci, Gary M. | Partner | 2948133 | 7/27/2017 | 0.50 | $320.00 | $160.00 | Address issues for reply to Plaintiff's opposition to motion to dismiss. |
| Tocci, Gary M. | Partner | 2948133 | 7/31/2017 | 0.30 | $320.00 | $96.00 | Strategize UPS's Reply Brief in support of Motion to Dismiss Amended Complaint and outline issues for discussion with M. Campbell and K. Ashe. |
| Ashe, Kristen M. | Jr. Associate | 2948133 | 7/31/2017 | 1.50 | $320.00 | $480.00 | Prepare and draft UPS's reply to plaintiff's opposition to motion to dismiss. |
| Ashe, Kristen M. | Jr. Associate | 2957046 | 8/01/02017 | 1.60 | $320.00 | $512.00 | Edit and revise UPS's Reply Brief. |
| Ashe, Kristen M. | Jr. Associate | 2957046 | 8/2/2017 | 4.90 | $320.00 | $1,568.00 | Edit and revise UPS's Reply Brief. |
| Campbell, Molly Q. | Sr. Associate | 2957046 | 8/2/2017 | 2.50 | $320.00 | $800.00 | Draft and revise UPS's Reply Brief in support of the motion to dismiss. |
| Campbell, Molly Q. | Sr. Associate | 2957046 | 8/3/2017 | 0.90 | $320.00 | $288.00 | Review and analyze Local 623's reply to plaintiff's opposition to motion to dismiss. |
| Ashe, Kristen M. | Jr. Associate | 2957046 | 8/3/2017 | 2.10 | $320.00 | $672.00 | Key cite and proofread UPS's Reply Brief to Plaintiff's Opposition to Motion to Dismiss Amended Complaint. |
| Ashe, Kristen M. | Jr. Associate | 2957046 | 8/2/2017 | 1.60 | $320.00 | $512.00 | Edit and revise UPS's Reply Brief. |
| Tocci, Gary M. | Partner | 2957046 | 8/4/2017 | 0.50 | $320.00 | $160.00 | Review Local 623's filings regarding Union's reply on motion to dismiss and then on sanctions and address strategy regarding Plaintiff's counsel's new letter to Court. |
| Campbell, Molly Q. | Sr. Associate | 2957046 | 8/7/2017 | 0.30 | $320.00 | $96.00 | Review and analyze Judge Pappert's order regarding sanctions motion and oral argument on the pending motions and strategize re: same. |
| Campbell, Molly Q. | Sr. Associate | 2957046 | 8/7/2017 | 0.20 | $320.00 | $64.00 | Communications with client. |
| Campbell, Molly Q. | Sr. Associate | 2957046 | 8/7/2017 | 1.80 | $320.00 | $576.00 | Prepare materials in preparation for oral argument. |
| Tocci, Gary M. | Partner | 2957046 | 8/9/2017 | 1.00 | $320.00 | $320.00 | Review preparation notes for oral argument on Plaintiff's Motion to Remand; motions to dismiss; and motion for sanctions against Plaintiff's counsel. |
| Campbell, Molly Q. | Sr. Associate | 2957046 | 8/9/2017 | 1.50 | $320.00 | $480.00 | Draft and revise outline in preparation for oral argument. |
| Tocci, Gary M. | Partner | 2957046 | 8/10/2017 | 0.30 | $320.00 | $96.00 | Communications with client. |
| Tocci, Gary M. | Partner | 2957046 | 8/10/2017 | 0.80 | $320.00 | $256.00 | Outline pleadings from Curry I and Curry II to prepare for oral argument on motion to dismiss and other issues on August 16. |
| Tocci, Gary M. | Partner | 2957046 | 8/13/2017 | 2.50 | $320.00 | $800.00 | Review two binders of materials to prepare for oral argument on August 16, including all pleadings, outlines, case authority on motion to remand, motion to dismiss, and motion for sanctions. |
| Tocci, Gary M. | Partner | 2957046 | 8/14/2017 | 0.50 | $320.00 | $160.00 | Review case authority regarding preemption in preparation for oral argument on motion to dismiss. |
| Tocci, Gary M. | Partner | 2957046 | 8/14/2017 | 0.80 | $320.00 | $256.00 | Prepare outline for oral argument, specifically on 28 U.S.C. 1927 sanctions issues. |
| Campbell, Molly Q. | Sr. Associate | 2957046 | 8/14/2017 | 0.30 | $320.00 | $96.00 | Strategize oral argument position and review Plaintiff's case law and arguments. |
| Tocci, Gary M. | Partner | 2957046 | 8/14/2017 | 0.80 | $320.00 | $256.00 | Prepare outline for oral argument, specifically on motion to remand issues. |
| Tocci, Gary M. | Partner | 2957046 | 8/15/2017 | 1.00 | $320.00 | $320.00 | Prepare for oral argument relative to Plaintiff's Motion to Remand, including review of case law, updating case law cited by plaintiff, and outline points to raise at argument. |
| Tocci, Gary M. | Partner | 2957046 | 8/15/2017 | 1.20 | $320.00 | $384.00 | Prepare for oral argument, specifically on motion to dismiss, including review of case authority, updating case authority, and all issues including statute of limitations defense. |
| Campbell, Molly Q. | Sr. Associate | 2957046 | 8/15/2017 | 0.60 | $320.00 | $192.00 | Communications with counsel for co-defendant. |
| Tocci, Gary M. | Partner | 2957046 | 8/16/2017 | 0.80 | $320.00 | $256.00 | Prepare for oral argument on motion for sanctions under 28 U.S.C. 1927. |
| Tocci, Gary M. | Partner | 2957046 | 8/16/2017 | 0.80 | $320.00 | $256.00 | Prepare for oral argument on motion to dismiss. |

| TK Name | TK Title | Invoice # | Work Date | Hours Billed | Rate | Fees Billed | Time Narrative |
|---|---|---|---|---|---|---|---|
| Campbell, Molly Q. | Sr. Associate | 2957046 | 8/16/2017 | 0.20 | $320.00 | $64.00 | Prepare for oral argument by strategizing responses to possible questions. |
| Tocci, Gary M. | Partner | 2957046 | 8/16/2017 | 0.80 | $320.00 | $256.00 | Prepare for oral argument on motion to remand. |
| Tocci, Gary M. | Partner | 2957046 | 8/16/2017 | 1.50 | $320.00 | $480.00 | Attend oral argument. |
| | | | | | | $19,648.00 | |