IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT CURRY,

    *Plaintiff*,

v.

UNITED PARCEL SERVICE, INC., *et al.*,

    *Defendants*.

CIVIL ACTION
NO. 17-2331

## ORDER

**AND NOW**, this 25th day of October 2017, upon consideration of UPS and Local 623's Motions for Sanctions (ECF Nos. 20 & 22), UPS and Local 623's Petitions for Attorneys' Fees (ECF Nos. 38 & 39), Curry's Omnibus Response (ECF No. 40), Defendants' Replies (ECF Nos. 43 & 47), and Curry's Sur-Reply (ECF No. 51), it is **ORDERED** that:

1. UPS's Motion is **GRANTED** and Matthew Weisberg must pay UPS $12,576.00. Payment shall be made by cashier's check made out to UNITED PARCEL SERVICE, INC and sent to UPS's counsel within forty-five (45) days from the date of this Order.

2. Local 623's Motion is **GRANTED** and Matthew Weisberg must pay Local 623 $7,080.00. Payment shall be made by cashier's check made out to the INTERNATIONAL BROTHERHOOD OF TEAMSTERS LOCAL 623 and sent to Local 623's counsel within forty-five (45) days from the date of this Order.

BY THE COURT:


*/s/ Gerald J. Pappert*

GERALD J. PAPPERT, J.